## Federal Defenders
OF NEW YORK, INC.

52 Duane Stree
Tel:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 18, 2019

**BY ECF AND EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re:    United States v. Mark Anthony Gouldbourne,
19 Cr. 359 (AT)**

Dear Judge Torres:

I write with the consent of the government to request an adjournment of Mr. Goulbourne's sentencing, now scheduled for January 9, 2019. I do not yet have all the mitigation materials required for the effective representation of Mr. Goulbourne at sentencing, and I expect further delay in light of the upcoming winter holidays. Accordingly, I request that the Court reschedule sentencing to the week of January 27, 2020. As noted, the government consents to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

GRANTED. The sentencing scheduled for
January 9, 2020 is ADJOURNED to **January 30,
2020**, at **2:30 p.m.**

SO ORDERED.

Dated: December 18, 2019
       New York, New York

**ANALISA TORRES
United States District Judge**